UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NELSON ALREDO MOREY-GOMEZ,

Petitioner,

v.

WARDEN, OTAY MESA DETENTION CENTER, et al.,

Respondents.

Case No.: 26-CV-5800 JLS (DDL)

**ORDER (1) GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS, (2) DENYING MOTION TO APPOINT COUNSEL, AND (3) DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

(ECF Nos. 2, 3, 6)

Presently before the Court is Petitioner Nelson Alredo Morey-Gomez's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 6). Also before the Court is Respondents' Return to Amended Petition ("Ret.," ECF No. 10). Petitioner did not file a traverse. *See generally* Docket. Petitioner, a citizen of Cuba, alleges that he has been detained by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division at the Otay Mesa Detention Facility since June 24, 2026. Pet. at 3. Petitioner entered the United States in 2021 and was issued a final order of removal on January 27, 2024. *Id.* However, since that time, the government has not effectuated removal. *Id.*

Petitioner seeks released based on his prolonged detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). Respondents submit that "there is no significant likelihood of removal in the reasonably foreseeable future." Ret. at 1. Therefore, Respondents acknowledge the "[t]he proper remedy is release." *Id.*

Accordingly, as Respondents do not oppose Petitioner's release in this matter, the Court **GRANTS** the Petition, and **ORDERS** Respondents to immediately release Petitioner from custody. The Parties are **ORDERED** to file a Joint Status Report by November 9, 2026, confirming that Petitioner has been released. Petitioner's Motion to Appoint Counsel (ECF No. 2) and Motion for Temporary Restraining Order (ECF No. 3) are **DENIED AS MOOT**.

As this concludes the litigation in this case, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: November 2, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge